DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTIN COUNTY, FLORIDA,**
Appellant,

v.

**MEDALIST BUILDING GROUP, LLC**, a Florida Limited Liability
Company, **JEREMY D. LEMASTER** and **JESSICA M. LEMASTER,** his
wife, **PALM CITY SUNSET, LLC,** a Florida Limited Liability Company,
**MEDALIST HOMES, LLC,** a Florida Limited Liability Company,
Appellees.

No. 4D19-376

[January 30, 2020]

Appeal of a non-final order from the Circuit Court for the Nineteenth
Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No.
2016CA001353.

Carri S. Leininger and Jessica R. Butler of Williams, Leininger &
Crosby, P.A., North Palm Beach, for appellant.

William D. Anderson, Jr. and P. Christine Deruelle of William D.
Anderson, Jr., P.A., Stuart, for appellees.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***